UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KENNETH E. ROBERTS JR., an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SYNERGISTIC INTERNATIONAL, INC.; DWYER GROUP, LLC; and DOES 1-20, inclusive<br><br>    Defendant. | CASE NO. 1:09-CV-01634-LJO-SMS<br><br>**ORDER GRANTING DEFENDANT SYNERGISTIC INTERNATIONAL, INC.'S APPLICATION FOR LEAVE TO FILE REPLY BRIEF EXCEEDING 10 PAGES** |

The Court, having reviewed and considered Defendant Synergistic International, Inc.'s Application for Leave to File a Reply Brief Exceeding 10 Pages, HEREBY ORDERS that such Application is GRANTED.

IT IS SO ORDERED.

Dated: October 13, 2009          /s/ Lawrence J. O'Neill_____

The Honorable Lawrence J. O'Neill
United States District Court Judge

LEWIS
BRISBOIS

4818-3895-3476.1