IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. ROBERTS, JR., | CASE NO. CV F 09-1634 LJO SMS |
| Plaintiff, | **ORDER ON DEFENDANTS STATUS REPORT AND ORDER TO SHOW CAUSE** |
| vs. | |
| SYNERGISTIC INTERNATIONAL, LLC; THE DWYER GROUP, LLC., and THE DWYER GROUP, INC., | |
| Defendants. | |

On October 30, 2009, this Court issued an Order on Defendants' Motion to Dismiss and Motion to Compel Arbitration (Doc. 22) ("Order"). In its Order, the Court granted in part defendants' Synergistic International, LLC ("Synergistic"), The Dwyer Group, LLC. ("Dwyer LLC"), and The Dwyer Group, Inc. ("Dwyer INC") (collectively "Dwyer") (all defendants collectively "defendants") motion to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §4. In addition, the Court ordered the parties to meet and confer to attempt in good faith to reach a mutually agreeable location for the arbitration and ordered the parties to file a joint status report no later than January 28, 2010.

On January 28, 2010, defendants filed a status report. Accompanying the status report is a declaration of Leo A Bautista ("Mr. Bautista") and a January 25, 2010 letter signed by Mr. Bautista and addressed to Joseph P. Collins ("Mr. Collins"), counsel for plaintiff Kenneth E. Roberts, Jr. ("plaintiff"). Defendants report that the parties have not met to discuss a location for arbitration. Mr.

Bautista declares that on January 14, 2010, he left a voicemail for plaintiff's counsel regarding a meet and confer. Mr Bautista wrote and sent to Mr. Collins a January 25, 2010 letter proposing that the arbitration take place in Los Angeles, California before the mediator Richard C. Neal. Defendants' status report is unilateral. Defendants fail to explain why they took no action in this matter for nearly three months.

Plaintiffs failed to file a status report.

### **Defendants' Request to Dismiss**

In defendants' status report, defendants request that this Court dismiss this action in its entirety pursuant to Fed. R. Civ. P. 41(b). Defendants write:

> Defendants believe it is apparent that Plaintiff has no intent to prosecute this matter. Plaintiff's lack of intent is exemplified by the fact that this action was filed in Fresno Superior Court in or around September 2008, but was not served on Defendants until nearly a year later in August 2009. Plaintiff's failure to meet and confer to discuss a mutually agreeable location for arbitration is a further manifestation of its intent not to prosecute.
>
> Due to Plaintiff's lack of intent to prosecute, and his failure to abide by this Court's October 30, 2009 Order, it is Defendant's position that this matter should be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

Defendants appear to move to dismiss plaintiff's action in the status report; however, a status report is an inappropriate avenue to make such a request. If defendants' desire to move to dismiss this action, they must to so in accordance with this Court's Local Rule 230 and the Federal Rules of Civil Procedure. Accordingly, this Court takes NO ACTION on defendants' request.

### **Plaintiff's Failure to Obey a Court Order**

This Court's October 30, 2009 Order ordered the parties meet and confer and to file a joint status report. Plaintiff failed to meet and confer with defendants and failed to file a status report with this Court. On the basis of good cause, this Court ORDERS plaintiff, **no later than February 5, 2010**, to show good cause in writing why this Court should not impose monetary or other sanctions against plaintiff and/or counsel for failure to comply with the Court's Order. This Order to Show Cause will be discharged if, no later than February 5, 2010, plaintiff demonstrates in writing good cause for his failure to obey this Court's order. This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

**Further Status Report**

This Court further ORDERS the parties, no later than **February 26, 2010**, to file a joint status report detailing the location of the arbitration, the name of the arbitrator, and the date and time of the scheduled arbitration. If the arbitration has not been scheduled by that date, the parties are ORDERED to show cause in writing why this Court should not revoke the stay in this action, dismiss this action, or take appropriate action to sanction the parties.

IT IS SO ORDERED.

**Dated:    January 29, 2010**                             /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE