**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH E. ROBERTS, JR., | CASE NO. CV F 09-1634 LJO SMS |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| SYNERGISTIC INTERNATIONAL, LLC; THE DWYER GROUP, LLC., and THE DWYER GROUP, INC., | |
| Defendants. _____/ | |

On October 30, 2009, this Court issued an Order on Defendants' Motion to Dismiss and Motion to Compel Arbitration (Doc. 22) ("Order"). In its Order, the Court granted in part defendants' motion to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §4. In addition, the Court ordered the parties to meet and confer to attempt in good faith to reach a mutually agreeable location for the arbitration.

Since this Court's October 30, 2009 order, the parties have filed status reports, including defendants' most recent October 20, 2010 report. Defendants' report and the record indicates that plaintiff Kenneth E. Roberts, Jr. ("Mr. Roberts") has failed to pursue his claims meaningfully through arbitration as ordered by this Court. As such, this Court ORDERS Mr. Roberts, no later than October 28, 2010, to file papers to show cause why this Court should not dismiss this action for Mr. Roberts' failure to prosecute his claims.

**This Court ADMONISHES Mr. Roberts and his counsel that this Court will dismiss this**

1 **action if Mr. Roberts and/or his counsel fails to comply with this order and fail to file timely**
2 **papers to show cause why this Court should not dismiss this action.**
3     IT IS SO ORDERED.
4 **Dated:   October 21, 2010**                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

2